IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT CANADA,

    Petitioner,

   v.
                                                   Case No. 20-cv-405-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                   5/20/2021
Peter Oppeneer, Clerk of Court                  Date